WILLIAM E. WAMSLEY, Appellant, *v.* H. L. HORTON & Co., LIMITED, Respondent.

*Wamsley* v. *Horton & Co.*, 12 App. Div. 312, affirmed.
(Submitted June 22, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1897, which affirmed an order of Special Term denying plaintiff's motion to revive and continue the action.

*Alexander S. Bacon* for appellant.

*John R. Dos Passos* and *Edmund Francis Harding* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.

---

MILSOM RENDERING AND FERTILIZER COMPANY, Respondent, *v.* WILLIAM H. BAKER, Appellant.

*Milsom Fertilizer Co.* v. *Baker*, 16 App. Div. 581, affirmed.
(Argued June 22, 1897; decided October 5, 1897.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 24, 1897, which reversed an interlocutory judgment in favor of defendant, entered upon a decision of the Special Term, sustaining a demurrer to the complaint.

*John G. Milburn* and *John Cummins* for appellant.

*John L. Romer* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.